JUDGE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-5264FDB |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATED |
| vs. ) | MOTION TO CONTINUE TRIAL |
| ) | DATE AND PRETRIAL MOTIONS |
| ROMULO BAUTISTA-OCAMPO, ) | DUE DATE |
| GUSTAVO MIRAMONTES-PONCE, ) | |
| JESUS FLORES MANZO, ) | |
| Defendants. ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued from June 6, 2005 to September 12, 2005 at 9:00 am. The period of delay resulting from this continuance from June 6, 2005, up to and including September 12, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

///

///

///

///

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

///

IT IS FURTHER ORDERED that the pretrial motions due date be extended to July 15, 2005.

DONE this 23rd day of May, 2005.

/s/ Franklin D Burgess
JUDGE FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ *Colin A. Fieman*
Colin A. Fieman
Attorney for Defendant

/s/ *Douglas Hill*
Douglas Hill
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE    2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**