UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs<br><br>ROMULO BAUTISTA-OCAMPO,<br>GUSTAVO MIRAMONTES-PONCE,<br>JESUS FLORES MANZO,<br><br>    Defendants. | CR05-5264FDB<br><br>ORDER TO CONTINUE<br>TRIAL DATE |

THE COURT having considered the pleadings of the parties, the records and files herein, and the motions for continuance of the trial date, the Court hereby makes the following findings:

The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//

//

IT IS THEREFORE ORDERED that the motion(s) to continue trial is granted and the trial date in this case shall be continued from September 12, 2005 to November 7, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED the period of time from the current trial date of September 12, 2005, up to and including the new trial date of November 7, 2005, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS FURTHER ORDERED that the pretrial conference is continued to October 28, 2005 at 3:30 pm.

IT IS FURTHER ORDERED that the pretrial motions deadline is extended to September 23, 2005.

DONE this 2nd day of September 2005.

FRANKLIN D BURGESS
United States District Judge